FILED

05/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0044

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0044

_____

IN RE THE MARRIAGE OF:

KALYN MARIE BRIGGS,

     Petitioner and Appellee,

  and

EDWARD LaMONT BRIGGS, SR.,

     Respondent and Appellant.

O R D E R

_____

The record was filed for purposes of this appeal on March 14, 2022. Nothing further was filed and on April 21, 2022, this Court ordered Appellant prepare, file, and serve the opening brief no later than May 23, 2022, and that failure to do so would result in dismissal of this appeal. However, it has come to the Court's attention that the Clerk of this Court failed to serve this Court's April 21, 2022 Order upon Respondent and Appellant Edward LaMont Briggs, Sr. Since Appellant was thus unaware of our Order, in the interest of justice we will provide Appellant with additional time to file his opening brief.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than June 23, 2022. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to Edward LaMont Briggs, Sr., personally, and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 24 2022